UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__Willie Mae Proby, et al__
Plaintiff

v.      Civil Action No. 07 2271

__Merck & Co., Inc.__
Defendant

DEC 18 2007

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge __LAMBERTH, J  RCL__. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: Turner Branch

929A
Rev. 7/02